UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RIVERA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LAZANO, et al.,<br><br>　　　　　Defendant. | 1:15-cv-01887-JLT (PC)<br><br>ORDER TO SUBMIT CORRECT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

　　　　Though Plaintiff filed a "Request to Waive Court Fees," he has not paid the $400.00 filing fee, or submitted a proper application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Accordingly, the Court **ORDERS**:

　　　　1.　　**Within 45 days** of the date of service of this order, plaintiff **SHALL** submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **No requests for extensions of time will be granted without a showing of good cause**;

　　　　2.　　**Within 60 days** of the date of service of this order, plaintiff shall submit a certified copy of his/her prison trust statement for the six-month period immediately preceding the filing of the complaint.

///

///

**Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **January 25, 2016**                    **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE