# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RIVERA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOZANO, et al.,<br><br>　　　　　Defendants. | Case No.  1:15-cv-01887-JLT (PC)<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO OBEY A COURT ORDER AND FOR FAILURE TO STATE A CLAIM**<br><br>**(Doc. 15)** |

　　　　On November 22, 2016, the Court dismissed Plaintiff's First Amended Complaint with leave to file a second amended complaint. (Doc. 15.) That order directed that if Plaintiff desired additional time, he was required to file a motion seeking an extension prior to that deadline. (*Id.*) The order also clearly stated that if Plaintiff failed to comply would result in dismissal of the action for his failure to obey a court order and for his failure to state a cognizable claim. (*Id.*) More than 30 days have now lapsed without any response from Plaintiff.

　　　　The Local Rules, corresponding with Fed. R. Civ. P. 11, provide, "[f]ailure of counsel, or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions, including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986).  A court may dismiss an action with prejudice,

based on a party's failure to prosecute an action or failure to obey a court order, or failure to comply with local rules.  *See, e.g. Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Accordingly, the Court **ORDERS** that this action is **DISMISSED** due to Plaintiff's failure comply with the Court's orders that issued on January 28, 2016, and April 19, 2016.

IT IS SO ORDERED.

Dated:   **January 10, 2017**                    **/s/ Jennifer L. Thurston**
                                                                            UNITED STATES MAGISTRATE JUDGE